UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BALIN,<br><br>              Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES et al.,<br><br>              Defendants. | Case No. CV 14-5697-PSG (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 23, 2014

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE